IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

—————————————————

No. 04-51060

—————————————————

United States Court of Appeals
Fifth Circuit

**F I L E D**

April 29, 2005

Charles R. Fulbruge III
Clerk

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

CHARLES PHELPS, JR also known as, Dave Smith also known as,
Mr D

Defendant - Appellant

---------------------
Appeal from the United States District Court for the
Western District of Texas, Waco
6:03-CR-197-6
---------------------

Before GARZA, DeMOSS, and CLEMENT, Circuit Judges.

PER CURIAM:[*]


IT IS ORDERED that Appellee's unopposed motion to vacate the

sentence is GRANTED.

IT IS FURTHER ORDERED that Appellee's unopposed motion

to remand the case to the Western District of Texas, Waco

Division for resentencing is GRANTED.

IT IS FURTHER ORDERED that Appellee's alternative request

for an extension of time to file the Appellee's brief 14 days

from the denial of Appellee's motion to vacate and remand is

MOOT.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this
opinion should not be published and is not precedent except under the limited
circumstances set forth in 5TH CIR. R. 47.5.4.